UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| GREGORY WILLIAMS, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MARTIN O'MALLEY, )<br>Commissioner of Social Security, )<br>)<br>Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:23-CV-407-D** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that pursuant to the Order entered on August 9, 2024 [D.E. 21], the court the court ADOPTS the conclusions in the M&R [D.E. 20], GRANTS plaintiff's request for relief [D.E. 16], and REMANDS the action to the commissioner.

This Judgment filed and entered on August 9, 2024, and copies to:
Counsel of record for the parties (via CM/ECF electronic notification)

August 9, 2024

Peter A. Moore, Jr.
Clerk of Court

By: /s/ Stephanie Mann
Deputy Clerk