IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-CV-00407-D-RJ

GREGORY WILLIAMS, )
)
Plaintiff, )
)
v. )
) **ORDER**
MARTIN O'MALLEY, )
Commissioner of Social Security, )
)
Defendant. )

The Court hereby awards Plaintiff attorney fees in the amount of Seven Thousand Nine

Hundred Dollars and 00/100 Cents ($7,900.00) under 28 U.S.C. § 2412(d), and costs in the amount

of Four Hundred Two Dollars and 00/100 Cents ($402.00) under 28 U.S.C. § 2412(a). [1]   If the

award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check

payable to Plaintiff's counsel, Derrick Kyle Arrowood and mailed to his office at Arrowood &

Hall, PLLC, PO Box 58129, Raleigh, NC, 58129, in accordance with Plaintiff's assignment to his

attorney of his right to payment of attorney's fees under the Equal Access to Justice Act.

SO ORDERED. This __16__ day of October, 2024.

JAMES C. DEVER III
United States District Judge

---

[1]    Costs are paid from the Judgment Fund by the Department of the Treasury, if so ordered
by the Court under 31 U.S.C. § 1304, by direct deposit to the bank account of Plaintiff's counsel.
*See* 28 U.S.C. § 2412(c)(1).