UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| GREGORY WILLIAMS, </br></br> Plaintiff, </br></br> vs. </br></br> MARTIN O'MALLEY, Acting </br> Commissioner of Social Security, </br></br> Defendant. | **JUDGMENT IN A CIVIL CASE** </br> **CASE NO. 5:23-CV-407-D** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Court awards Plaintiff attorney fees in the amount of Seven Thousand Nine Hundred Dollars and 00/100 Cents ($7,900.00) under 28 U.S.C. § 2412(d), and costs in the amount of Four Hundred Two Dollars and 00/100 Cents ($402.00) under 28 U.S.C. § 2412(a). If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Derrick Kyle Arrowood and mailed to his office at Arrowood & Hall, PLLC, PO Box 58129, Raleigh, NC, 58129, in accordance with Plaintiff's assignment to his attorney of his right to payment of attorney's fees under the Equal Access to Justice Act.

This Judgment filed and entered on October 16, 2024, and copies to:
All counsel of record as listed in this matter (via CM/ECF electronic notification)

October 16, 2024

Peter A. Moore, Jr.
Clerk of Court

By: /s/ Stephanie Mann
Deputy Clerk